IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY ____ D.C.

05 SEP 12 PM 12: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC. ) | |
| ) | |
| INA ACQUISITION CORP. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 05-2414 MI V |
| ) | |
| PER AARSLEFF A/S ) | |
| ) | |
| STABILATOR AB ) | JURY TRIAL REQUESTED |
| ) | |
| AARSLEFF OY ) | |
| ) | |
| PAA INTERNATIONAL ENGINEERING ) | |
| CORPORATION ) | |
| ) | |
| Defendants. ) | |

**CONSENT ORDER GRANTING MOTION FOR SPECIAL ADMISSION OF GARY MAYES AND MARIA ZSCHOCHE**

Upon the motion of Buckner Wellford, attorney for Plaintiffs, and for good cause shown, it is HEREBY ORDERED that Gary Mayes and Maria Zschoche be specially admitted to the United States District Court for the Western Section of Tennessee for purposes of representing Plaintiffs as additional counsel in this matter.

DONE AND ORDERED this __12__ day of __Sept.__, 2005.

M JAE 888138 v1
2790977-000001 09/07/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __9-13-05__



_____
THE HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

_____
Buckner Wellford. (#1687)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2152 - *telephone*
(901) 577-0786 - *facsimile*

*Attorney for Plaintiffs*


**NEAL & HARWELL, PLC**


_____
Bill Ramsey (#9245)
Christopher D. Booth (#22445)
Suite 2000, One Nashville Place
150 4th Avenue North
Nashville, TN 37219-2498
(615) 244-1713 - *telephone*
(615) 726-0573 - *facsimile*

*Counsel for Defendants Per Aarsleff A/S and Aarsleff OY*

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02414 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Maria G. Zschoche
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William T. Ramsey
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Gary Mayes
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101

Christopher D. Booth
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT