FILED BY ___ D.C.

05 SEP 16 PM 3: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

INSITUFORM TECHNOLOGIES, INC. )
and ACQUISITION CORP., )
)
    Plaintiffs, )
)
v. ) Case No. 2:05-02414-JPM-dkv
)
PER AARSLEFF A/S, STABILATOR AB, ) JURY TRIAL REQUESTED
AARSLEFF OY, and PAA INTERNATIONAL )
ENGINEERING CORPORATION, )
)
    Defendants. )

## CONSENT ORDER ON EXTENSION FOR DEFENDANTS

Upon the motion of counsel for Defendants Per Aarsleff A/S and Aarsleff OY (hereinafter "PAA"), with agreement between the parties, and for good cause shown, it is HEREBY ORDERED that Defendants be granted an additional forty-five (45 days) to file a responsive reply to this lawsuit from the date of service of August 29, 2005, with the new date thereby being: **October 13, 2005.**

DONE AND ORDERED this ___16___ day of ___Sept.___, 2005.

_____
THE HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-19-05___

CONSENTED TO:

**NEAL & HARWELL, PLC**

_____

William T. Ramsey, No. 9245
Christopher D. Booth, No. 22445
Suite 2000, One Nashville Place
150 4th Avenue North
Nashville, TN 37219-2498
(615) 244-1713 - *telephone*
(615) 726-0573 - *facsimile*

*Counsel for Defendants Per Aarsleff A/S
and Aarsleff OY*

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

_____

Buckner Wellford, No. 9687
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000 - *telephone*
(901) 577-2303 - *facsimile*

**THOMPSON COBURN LLP**

Gary Mayes, MO No.
Maria Zschoche, MO No.
One US Bank Plaza,
St. Louis, Missouri 63101

*Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02414 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Maria G. Zschoche
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William T. Ramsey
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Gary Mayes
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101

Christopher D. Booth
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT