FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION AT MEMPHIS

05 OCT 11 PM 3: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC. and ACQUISITION CORP., | ) ) ) |
| Plaintiffs, | ) ) Case No. 2:05-02414-JPM-dkv |
| v. | ) ) Judge McCalla ) |
| PER AARSLEFF A/S, STABILATOR AB, AARSLEFF OY, and PAA INTERNATIONAL ENGINEERING CORPORATION, | ) JURY TRIAL REQUESTED ) ) ) |
| Defendants. | ) |

## ~~PROPOSED~~ CONSENT ORDER ON EXTENSION FOR DEFENDANTS

Upon the joint motion of counsel for Plaintiffs and Defendants Per Aarsleff A/S and Aarsleff OY (hereinafter "PAA"), with agreement between the parties, and for good cause shown, it is HEREBY ORDERED that Defendants be granted an additional fourteen (14 days) to file a responsive pleading in this lawsuit, and for Plaintiffs to file an Amended Complaint, with the new date thereby being: **October 27, 2005**.

DONE AND ORDERED this 11th day of October, 2005.

_Diane K. Vescovo_

THE HONORABLE ~~JON PHIPPS MCCALLA~~
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02414 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Maria G. Zschoche
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Christopher D. Booth
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Gary Mayes
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO 63101

William T. Ramsey
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT