```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

| | |
|---|---|
| INSITUFORM TECHNOLOGIES, INC. <br> and INA ACQUISITION CORP. <br>  <br> Plaintiffs, <br>  <br> v. <br>  <br> PER AARSLEFF A/S; AARSLEFF OY; <br> and AARSLEFF RORTEKNIK AB, <br>  <br> Defendants. | JUDGMENT <br>  <br> Cv. No. 05-2414 JPM-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Agreed Order of Dismissal (Doc. 266), filed December 2, 2008,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Agreed Order of Dismissal, this case is DISMISSED with prejudice.


APPROVED:

s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

December 2, 2008
Date